UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIASHENG XU, *on behalf of himself and others similarly situated*,

                Plaintiff,

– against –

EAST COAST HOLIDAY INC., *d/b/a* UNIVERSAL VISION GROUP, *et al.*,

                Defendants.

**ORDER**

19 Civ. 7736 (ER)

Ramos, D.J.:

    Plaintiff filed the complaint in this action on August 19, 2019.  Doc. 1.  On May 27, 2020 the Mediator reported that mediation in this case was not held.  Doc. 17.  There has been no further activity since then.  The parties are therefore instructed to submit a joint status update to the Court by no later than April 12, 2021.

    It is SO ORDERED.

Dated:    April 5, 2021
               New York, New York

                                                                    Edgardo Ramos, U.S.D.J.