UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JIASHENG XU,  
*On behalf of himself and others similarly situated,*

                          Plaintiff,

-against-

EAST COAST HOLIDAY INC. d/b/a UNIVERSAL VISION GROUP, JUPITER LEGEND CORPORATION d/b/a UNIVERSAL VISION GROUP, RICH G. SUN, JOHN DOE, and JANE DOE

                          Defendants.

---------------------------------------------------------------X

Case No.: 19-cv-7736

**~~(PROPOSED)~~ JUDGMENT**

WHEREAS on or about May 28, 2021, Defendants extended to Plaintiff Jiasheng Xu an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of nine thousand dollars and zero cents ($9,000.00), and whereas said Plaintiff accepted said offer on or about May 28, 2021,

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of nine thousand dollars and zero cents ($9,000.00).

Dated: June 8, 2021  
        New York, New York

_____  
Hon. Edgardo Ramos, U.S.D.J